UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY, | Case No.  2:26-cv-0539-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 12, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations must be filed within fourteen days. (ECF No. 3.)  Plaintiff did not file any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 12, 2026 (ECF No. 3) are adopted in full;

2.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED; and

3.  **Within 21 days from the date of this Order**, Plaintiff must pay the filing fee of $405 to initiate a lawsuit with the Clerk of Court.  Failure to submit payment on time will result in dismissal of this action.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE