UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY JAIL, et al.,<br>Defendants. | No. 2:26-cv-00539-TLN-JDP<br><br>**ORDER** |

On May 6, 2026, Plaintiff Michella C. Alfaro Brittany's ("Plaintiff") application to proceed in forma pauperis was denied and Plaintiff was ordered to pay the filing fee within 21 days. (ECF No. 4.) Plaintiff was warned that failure to pay the filing fee within 21 days would result in dismissal of this action. (*Id.*) Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and
2. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: August 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE